Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Elizabeth G. Minerd (SBN 260971)
eminerd@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
Medtronic, Inc., and Medtronic Sofamor
Danek USA, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SARVANAZ KASHANI-MATTS,

Plaintiff,

vs.

MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC.; and DOES 1-100, inclusive,

Defendants.

Case No.: 8:13-CV-01161-CJC-RNB

**DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK, USA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Complaint Filed: August 1, 2013
FAC Filed: October 4, 2013
SAC Filed: December 12, 2013

Date: February 24, 2014
Time: 1:30 p.m.
Place: Courtroom 9B

Honorable Cormac J. Carney

[Filed concurrently with Memorandum of Points and Authorities; Declaration of Michael K. Brown; [Proposed] Order]

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 24, 2013, at 1:30 p.m., or a date to be determined by the Court, the Honorable Cormac J. Carney presiding, in Courtroom 9B of the above-entitled Court, Defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc. (collectively "Medtronic") will move this Court for an order granting a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) in favor of Medtronic, on the ground that Plaintiff's Second Amended Complaint fails to state any claims upon which relief can be granted.

Medtronic's Motion to Dismiss is made on the ground that each of Plaintiff's state law tort claims in the Second Amended Complaint is preempted by the Medical Device Amendments to the Food, Drug and Cosmetic Act (21 U.S.C. § 360k(a)) and is also impliedly preempted. *Riegel v. Medtronic, Inc.*, 552 U.S. 312 (2008); *Buckman Co. v. Plaintiffs' Legal Committee*, 531 U.S. 341 (2001); *see also Kashani-Matts v. Medtronic, Inc.*, 2013 WL 6147032 (C.D. Cal. Nov. 22, 2013). Further, that Plaintiff's strict liability design defect claim is barred by application of the Restatement (Second) of Torts Section 402A comment k, which precludes strict liability claims for design defect for implanted prescription medical devices. As a result, Plaintiff cannot state a claim against Medtronic and the Second Amended Complaint should be dismissed with prejudice as to Medtronic.

///

///

///

///

///

///

///

///

///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to L.R. 7-3, the parties have met and conferred on the issues raised in this Motion on multiple occasions, including the most recent conference of counsel which occurred on January 13, 2014. Medtronic's Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declaration of Michael K. Brown, and the pleadings and papers filed herein.

Dated: January 15, 2014

REED SMITH LLP

By *_/s/ Michael K. Brown_*
Michael K. Brown
Lisa M. Baird
Mildred Segura
Elizabeth G. Minerd
*Attorneys for Defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware